NUMBERS
13-11-00099-CR, 13-11-00100-CR, 13-11-00101-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

CRYSTAL
LOPEZ,                                                                         Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 105th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                   MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant, Crystal
Lopez, by and through her attorney, has filed motions to withdraw her appeals.  See Tex. R. App. P. 42.2(a).  Without passing on the merits of
the cases, we grant appellant’s motions to withdraw the appeals and pursuant to
Texas Rule of Appellate Procedure 42.2(a), dismiss the appeals.  Having
dismissed the appeals at appellant's request, no motions for rehearing will be
entertained, and our mandates will issue forthwith.

PER
CURIAM

Do not publish.  

See Tex. R. App. P.
47.2(b).  

 

Delivered and filed the 

10th day of March, 2011.